UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAULA REED WILSON,                                    CIVIL ACTION
INDIVIDUALLY AND ON BEHALF
OF THE ESTATE OF ORRIN
PATRICK THOMAS

VERSUS                                               NO. 24-714

CITY OF BOGALUSA, ET AL.                            SECTION "R" (4)

## <u>ORDER AND REASONS</u>

Before the Court is a joint motion from plaintiff Paula Reed and defendants the City of Bogalusa, Louisiana; Chief Kendal Bullen; Captain Janice Johnson; Officer Lisa Erwin; and John Doe Officers to continue all discovery, dispositive motion and pre-trial deadlines, and the trial set for March 16, 2026.[1]

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension."  *S&W Enters., L.L.C. v. SouthTrust Bank, NA*, 315 F.3d 533, 535 (5th Cir. 2003) (cleaned

---

[1]      R. Doc. 21.

up).  Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996).

The Court finds that the parties have met the good cause standard here. *See S&W Enters., L.L.C.*, 315 F.3d at 535.

For the foregoing reasons, the Court GRANTS the joint motion to continue proceedings. The new scheduling conference will be held **<u>BY TELEPHONE</u>** on **January 15, 2026 at 10:30 a.m.** for the purpose of re-scheduling the pre-trial conference and trial on the merits, and for a discussion of the status of the case and discovery deadlines. All deadlines established in the scheduling order on July 16, 2025 which have not expired are reset. The parties shall call in for the teleconference using phone number (833) 990-9400 and access code 124518418. The Court will be represented by its Case Manager.

New Orleans, Louisiana, this <u>7th</u> day of January, 2026.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE